IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

SCOTT HAMMOND                                                                                           PLAINTIFF

v.                                            Case No. 3:12-CV-03103

CHAD HURST and MEEKS
THE BUILDERS' CHOICE                                                                            DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

Currently before the Court is the parties' joint motion to dismiss case with prejudice. (Doc. 45).

It appearing that the parties are in agreement, it is ORDERED that the parties' joint motion (Doc. 45) is GRANTED and the complaint herein is DISMISSED WITH PREJUDICE with each party to bear its own costs and fees.

All other pending motions are DENIED AS MOOT.

IT IS SO ORDERED this 7th day of January, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE